```
 1 │ Kent Khtikian, Esq. (State Bar #99843)
   │ Kimberly A. Hancock, Esq. (State Bar #205567)
 2 │ Katzenbach and Khtikian
   │ 1714 Stockton Street, Suite 300
 3 │ San Francisco, California  94133-2930
   │ (415) 834-1778
 4 │
   │ Attorney for Plaintiffs
 5 │
 6 │
 7 │
 8 │             UNITED STATES DISTRICT COURT
 9 │           NORTHERN DISTRICT OF CALIFORNIA
10 │
   │ TRUSTEES OF THE BRICKLAYERS LOCAL NO. ) CASE NO. C 06-01681 VRW
11 │ 3 PENSION TRUST; TRUSTEES OF THE      )
   │ BRICKLAYERS LOCAL NO. 3 HEALTH AND    )
12 │ WELFARE TRUST; TRUSTEES OF THE        )
   │ BRICKLAYERS AND ALLIED CRAFTS LOCAL   ) STIPULATION
13 │ NO. 3 APPRENTICE TRAINING TRUST;      ) FOR DISMISSAL
   │ INTERNATIONAL UNION OF                ) AND [Proposed]
14 │ BRICKLAYERS AND ALLIED CRAFTWORKERS   ) ORDER
   │ AFL-CIO, LOCAL UNION NO. 3, on behalf )
15 │ of itself and as agent for            )
   │ its members; TRUSTEES OF THE          )
16 │ INTERNATIONAL UNION OF BRICKLAYERS AND)
   │ ALLIED CRAFTSMEN PENSION FUND,        )
17 │                                       )
   │         Plaintiffs,                   )
18 │                                       )
   │     vs.                               )
19 │                                       )
   │ R.E. SERRANO INC, a California        )
20 │ corporation; INTERNATIONAL FIDELITY   )
   │ INSURANCE COMPANY, a New Jersey       )
21 │ corporation; BALFOUR BEATTY           )
   │ CONSTRUCTION, INC., a Delaware        )
22 │ corporation; and FEDERAL INSURANCE    )
   │ COMPANY, a New Jersey corporation,    )
23 │                                       )
   │         Defendants.                   )
24 │
25 │      This matter, having come before the undersigned Judge, and
26 │ the Plaintiffs, by and through their attorney of record, Kimberly
27 │ Hancock, and the appearing Defendant, R.E. SERRANO, INC. having
28 │ stipulated to the dismissal without prejudice of defendants R.E.
```

```
 1  SERRANO, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY, and
 2  the dismissal with prejudice of defendants BALFOUR BEATTY
 3  CONSTRUCTION INC., and FEDERAL INSURANCE COMPANY, and the Court
 4  have reviewed the records and files herein and being fully
 5  advised of the premises does hereby:
 6      ORDER that:
 7      1. Defendants R.E. SERRANO, INC. and INTERNATIONAL FIDELITY
 8  INSURANCE COMPANY are hereby dismissed from this action, without
 9  prejudice.
10      2. Defendants BALFOUR BEATTY CONSTRUCTION INC., and FEDERAL
11  INSURANCE COMPANY are hereby dismissed from this action, with
12  prejudice.
13
14  Dated: _____    _____
                                    Hon. Vaughn R. Walker, Judge
15                                   United States District Court
16
17      The undersigned is the attorney of record for Plaintiffs,
18  and executes this stipulation of dismissal without prejudice as
19  to defendants R.E. SERRANO, INC. and INTERNATIONAL FIDELITY
20  INSURANCE COMPANY, and with prejudice as to defendants BALFOUR
21  BEATTY CONSTRUCTION INC., and FEDERAL INSURANCE COMPANY, on
22  behalf of, and with the knowledge, authorization and consent of
23  Plaintiffs.
24                               KATZENBACH AND KHTIKIAN
25
26  Dated: August 18, 2006        /s/ Kimberly Hancock
                                    Kimberly A. Hancock
27                                  Attorney for Plaintiffs
28
```

1  The undersigned is the attorney of record for defendants
2  R.E. SERRANO, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY,
3  and executes this stipulation of dismissal without prejudice as
4  to defendants R.E. SERRANO, INC. and INTERNATIONAL FIDELITY
5  INSURANCE COMPANY, on behalf of defendants R.E. SERRANO, INC. and
6  INTERNATIONAL FIDELITY INSURANCE COMPANY and with prejudice as to
7  defendants BALFOUR BEATTY CONSTRUCTION INC., and FEDERAL
8  INSURANCE COMPANY, and with the knowledge, authorization and
9  consent of defendants R.E. SERRANO, INC. and INTERNATIONAL
10 FIDELITY INSURANCE COMPANY.

SIMPSON, GARRITY & INNES

Dated: August 16, 2006      /s/ Sarah Lucas
                            Sarah E. Lucas
                            Attorney for Defendants
                            R.E. Serrano, Inc. and
                            International Fidelity Insurance
                            Company

**Attestation Of Concurrence**

I, Kimberly Hancock, declare that the attorney for R.E. Serrano, Inc. and International Fidelity Insurance Company has agreed to the Stipulation set forth above and that I have in my possession his signature on this document.
   I declare under penalty of perjury that the foregoing is true and correct.
   Executed this 18th day of August 2006, in San Francisco, California.

                            /s/ Kimberly Hancock
                            Kimberly Hancock
                            Attorney for Plaintiffs